**In re Eugene HALSEY, IV and Catherine A. Getz.**

**No. 2011–1435.**

United States Court of Appeals, Federal Circuit.

March 13, 2012.

Gokalp Bayramoglu, Law Office of Gokalp Bayramoglu, of Holland, Michigan, argued for appellant.

Lynne E. Pettigrew, Associate Solicitor, United States Patent & Trademark Office, of Alexandria, Virginia, argued for appel-

---

lee. With her on the brief were Raymond T. Chen, Solicitor, and Benjamin D.M. Wood, Associate Solicitor.

LINN, PROST, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Thomas W. Krause, Associate Solicitor.

NEWMAN, REYNA, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**